1

2

3

4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

7   SERGEI SARYTCHEV,                          Case No.   12-cv-02284-NJV

            Plaintiff,

8

        v.                                      **ORDER RE UPCOMING HEARING**

9

    VIXTOR KOROLEV, et al.,                     Re: Dkt. No. 58

10

            Defendants.

11

12

13          Defendants have moved to set aside the default entered against them.  Doc. No. 58.  The

14   motion is set for hearing on April 9, 2013.  Doc. No. 59.  In opposition to the motion, plaintiff

15   Sarytchev makes a number of points (Doc. No. 60), two of which are of particular interest to the

16   court:

17          1.   Defendants have not offered specific facts establishing the existence of a meritorious

18              defense.

19          2.  In the event the court grants Defendants' motion and sets aside the default, the court

20              should require Defendants to pay Plaintiff's attorneys' fees and costs.

21   Defendants have not responded to these arguments; indeed, they have not filed reply papers in

22   support of their motion.

23          Defendants should be prepared to address both points at the upcoming hearing.

24          **IT IS SO ORDERED**.

25   Dated: April 1, 2013

26   _____

27                                              Nandor J. Vadas
                                                United States Magistrate Judge

28

United States District Court
Northern District of California