UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEI SARYTCHEV,<br><br>    Plaintiff,<br><br>    v.<br><br>VIXTOR KOROLEV, *et al*.,<br><br>    Defendants. | Case No. 12-cv-02284-NJV<br><br>**ORDER CONTINUING TRIAL DATE UNTIL JUNE 9, 2014** |

Due to a scheduling conflict, the court has continued the trial date. Based upon the agreement of the parties, the trial date is hereby continued until June 9, 2014. The jury trial is expected to last 3 days.

**IT IS SO ORDERED**.

Dated: June 3, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge