UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SERGEI SARYTCHEV,<br><br>Plaintiffs,<br><br>v.<br><br>VIXTOR KOROLEV, et al.,<br><br>Defendants. | Case No. 12-cv-02284-NJV<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE; ORDER EXTENDING DISCOVERY CUT OFF**<br><br>Re: Dkt. No. 79 |

Defendants' motion for an extension of time in which to comply with the August 20, 2013 order (Doc. No. 78) is granted. Defendants shall provide their full and complete responses no later than September 24, 2013. In addition, to ensure that Plaintiff is not prejudiced by this additional delay, the court extends the current non-expert discovery cut-off deadline from November 4, 2013 until November 18, 2013.

**IT IS SO ORDERED**.

Dated: September 5, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge