UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SERGEI SARYTCHEV,<br><br>    Plaintiff,<br><br>    v.<br><br>VIXTOR KOROLEV, *et al.*,<br><br>    Defendants. | Case No. 12-cv-02284-NJV<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS**<br><br>Re: Dkt. No. 98 |

On November 21, 2013, this court granted Plaintiff's request for attorneys' fees and costs incurred in filing a motion for sanctions. *See* Doc. No. 98. The court ordered Plaintiff's counsel to file a declaration itemizing the fees and costs incurred in connection with the motion. *Id*. at 9. Plaintiff submitted the requested declaration the same day. *See* Doc. No. 101. Plaintiff's declaration adequately sets out the amount of time billed on tasks related to drafting the motion, analyzing the opposition, drafting the reply, preparing for the hearing and attending the hearing. *Id*. at 2. The hourly rate requested for the attorneys billing to this matter is also reasonable. As of the date of this order, Defendants have not objected to the declaration. Accordingly, and for the reasons stated in the court's order of November 21, 2013, the court grants Plaintiff's request for attorneys' fees in the amount of $13,200.

Defendants shall pay this amount within 30 days.

**IT IS SO ORDERED**.

Dated: December 10, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge